

Edward Y. Kroub – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Ekroub@mizrahikroub.com
www.mizrahikroub.com

February 18, 2022

The Honorable Katherine P. Failla
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007



Re: *Tavarez-Vargas v. Only Human, LLC*; Case No. 1:21-cv-10022

Dear Judge Failla:

    We represent plaintiff Carmen Tavarez-Vargas ("Plaintiff") in the above-referenced action. We submit this letter to respectfully request an adjournment of the initial conference scheduled for February 23, 2022, at 3:30 pm. The parties request this adjournment since Defendant has not been served in this case. Plaintiff has attempted to serve Defendant without success and is in the process of ascertaining the correct address at which to serve Defendant. Therefore, the undersigned requests that the upcoming conference be adjourned for 60 days to allow time for Defendant to be served and for Plaintiff to file an Affidavit of Service with the Court.

    Thank you for your consideration in this matter.

Respectfully submitted,
*/s/ Edward Y. Kroub*
EDWARD Y. KROUB

cc: All Counsel of Record (via ECF)

---

Application GRANTED. The initial pretrial conference in this matter is hereby ADJOURNED to **April 27, 2022, at 10:30 a.m.**

The Clerk of Court is directed to terminate the motion at docket entry 6.

Dated: February 18, 2022
       New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE