

Edward Y. Kroub – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Ekroub@mizrahikroub.com
www.mizrahikroub.com

April 21, 2022

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



Re:   *Tavarez-Vargas v. Only Human, LLC;* Case No. 1:21-cv-10022-KPF

Dear Judge Failla:

We represent plaintiff Carmen Tavarez-Vargas ("Plaintiff") in the above-referenced action. We submit this letter to respectfully request an adjournment of the initial conference set for April 27, 2022, at 10:30 a.m. Plaintiff has attempted to serve Defendant on numerous occasions, but has unsuccessful to this point. Plaintiff believes service should be effectuated within the next two weeks. This is Plaintiff's second request for such extension.

Thank you for your consideration in this matter.

Respectfully submitted,
/s/ Edward Y. Kroub
EDWARD Y. KROUB

cc:   All Counsel of Record (via ECF)

```
Application GRANTED.  The initial pretrial conference in this
matter is hereby ADJOURNED to June 8, 2022, at 11:00 a.m.

If Plaintiff is not able to effectuate service within the next
two weeks, it should explain in any future letter requesting an
additional extension of its time to do so (i) the steps Plaintiff
has taken to effectuate service and (ii) the reason it has been
unsuccessful in doing so.

The Clerk of Court is directed to terminate the motion at docket
entry 8.

                                       SO ORDERED.

Dated:   April 22, 2022
         New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE