

Edward Y. Kroub – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Ekroub@mizrahikroub.com
www.mizrahikroub.com

June 1, 2022

VIA ECF

The Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



Re:   *Tavarez-Vargas v. Only Human, LLC;* Case No. 1:21-cv-10022 (KPF)

Dear Judge Failla:

We represent plaintiff Carmen Tavarez-Vargas ("Plaintiff") in the above-referenced action and submit this letter to respectfully request an adjournment of the initial conference scheduled for June 8, 2022, at 11:00 a.m. Defendant has just recently been served in this matter and their answer is due on June 15, 2022. Counsel for Defendant has contacted Plaintiff. As a courtesy, we respectfully request an adjournment of 30 days to allow time for Defendant to appear and file a responsive pleading.

We thank the Court for its consideration of this request.

Respectfully submitted,
*/s/ Edward Y. Kroub*
EDWARD Y. KROUB

cc:   All Counsel of Record (via ECF)

```
Application GRANTED.  The initial pretrial conference in this
matter is hereby ADJOURNED to July 14, 2022, at 10:30 a.m.

The Clerk of Court is directed to terminate the motion at docket
entry 11.
```

SO ORDERED.

Dated:   June 2, 2022
         New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE